UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON ETHRIDGE AND
RENEE D. ETHRIDGE,   Case No. 13-13314

    Plaintiffs,   Honorable Nancy G. Edmunds

v.

COUNTRYWIDE HOME LOAN, ET AL.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No.15]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Defendants' motion to dismiss [ECF No. 7] is GRANTED, and Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

    SO ORDERED.

                                    S/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: December 3, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2013, by electronic and/or ordinary mail.

                                    S/Johnetta M. Curry-Williams
                                    Case Manager
                                    Acting in the Absence of Carol A. Hemeyer